**Opinion issued September 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00293-CV

_____

**STEVEN VENTURI AND MARLENA ROBERTS, Appellants**

**V.**

**ANETTA MALONEY AND TOK LOGISTICS LTD. CO., Appellees**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-197513**

---

## MEMORANDUM OPINION

Appellants, Steven Venturi and Marlena Roberts, have filed an unopposed motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.